**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-63125-CIV-SMITH**

ANDREA ARROYO,

     Plaintiff,

v.

NEXUS SERVICES OF VIRGINIA,
INC.,

     Defendant.

_____/

## ORDER

    Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice [DE 30], this case is

**DISMISSED WITH PREJUDICE**.

    **DONE AND ORDERED** in Fort Lauderdale, Florida, this 4th day of September 2020.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Cc: All parties of record